[No. 28574-0-III. Division Three. March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON JAMES SARGENT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01164-3, Vic L. VanderSchoor, J., entered October 26, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28582-1-III. Division Three. March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA JEANE FELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00807-3, Bruce A. Spanner, J., entered September 4, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28677-1-III. Division Three. March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ROBERT COVERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-03674-1, Tari S. Eitzen, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28818-8-III. Division Three. March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JAMES HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04367-2, Tari S. Eitzen, J., entered February 8, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.